**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**CALLIE J. CASTEEL**                                              **PLAINTIFF**

              v.           Civil No. 05-3015

**JO ANNE B. BARNHART, COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                **DEFENDANT**

### O R D E R

Now on this 19th day of June, 2006, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #8), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound, and that it should be adopted.

**IT IS THEREFORE ORDERED** that the Commissioner obtain, and submit for inclusion in the Administrative Record, plaintiff's medical records from Mays & Schnapp Pain Clinic, dated February 28, 2000, within sixty (60) days of the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk of Court administratively terminate this matter until such time as those records are received.

**IT IS SO ORDERED.**

                                         /s/ Jimm Larry Hendren
                                        **JIMM LARRY HENDREN**
                                        **UNITED STATES DISTRICT JUDGE**