IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**CALLIE J. CASTEEL**                                                          **PLAINTIFF**

      **v.**          Civil No. 05-3015

**JO ANNE B. BARNHART, COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                             **DEFENDANT**

### O R D E R

Now on this 13th day of July, 2006, the Court, taking note that the Commissioner has filed certain supplemental records as directed by the Court in its Order of June 19, 2006, directs that this case be reopened, and remanded to the Magistrate Judge, for further consideration of the issues.

**IT IS SO ORDERED.**

                                           /s/ Jimm Larry Hendren
                                          **JIMM LARRY HENDREN**
                                          **UNITED STATES DISTRICT JUDGE**