IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CALLIE CASTEEL                                                           PLAINTIFF

      v.                         CIVIL NO. 05-3015

MICHAEL J. ASTRUE[1], Commissioner
Social Security Administration                                          DEFENDANT

**O R D E R**

On this 7th day of March, 2007, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. For reasons set forth in the report and recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on February 16, 2007, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $2102.36, representing 16.35 hours of work at a rate of $125.00 and $58.61 in expenses. This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

      IT IS SO ORDERED.

                                                      /s/Jimm Larry Hendren
                                                      HON. JIMM LARRY HENDREN
                                                      UNITED STATES DISTRICT JUDGE

---

[1]Michael J. Astrue became the Social Security Commissioner on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue has been substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit.

AO72A
(Rev. 8/82)